UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZECHARIAH ESCALANTE, individually, CURTIS ESCALANTE, individually and LYNNDA ESCALANTE, individually;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, a political subdivision of the State of Washington; DONALD ROSE; STEVEN MILLER and JOHN DOES 1 – 5,<br><br>Defendants. | No. 3:14-cv-05774-RBL<br><br>**NOTICE OF SETTLEMENT** |

NOTICE is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. A formal Stipulation and Order of Dismissal will follow.

DATED this 16th day of February, 2017.

CONNELLY LAW OFFICES


By: */s/ Micah R. LeBank*
John R. Connelly, Jr., WSBA No. 12183
Micah R. LeBank, WSBA No. 38047
Tacoma, WA 98403
Phone: (253) 593-5100
E-mail: jconnelly@connelly-law.com
E-mail: mlebank@connelly-law.com
Attorneys for Plaintiffs